UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THOMAS JOHN BOUKAMP,

    Defendant.

_____/

Hon. Phillip J. Green

Case No. 1:20-mj-00497

## ORDER OF DETENTION

This matter is before the Court on the government's motion for pretrial detention. Defendant has been charged in a Criminal Complaint with transportation of a minor with intent to engage in criminal sexual activity, in violation of 18 U.S.C § 2423(a). Having found probable cause of a violation of that statute, there is a statutory rebuttable presumption in favor of detention. *See* 18 U.S.C. § 3142(e)(3)(E).

The Court conducted a hearing on December 2, 2020, at which defendant was represented by counsel. Having considered the information presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that defendant has rebutted the presumption of detention regarding risk of non-appearance, but has not rebutted the presumption of detention as to danger to the community. The Court also finds, as explained on the record, that the government has sustained its burden by clear and convincing evidence that he is a danger to the community. Further, the Court

finds that there is no condition or combination of conditions of release that will ensure the safety of the community.  Accordingly,

**IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending trial.

**DONE AND ORDERED** on December 2, 2020.

      /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge